| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 02-CR-916 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR06-42 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| LOCKETT, Warren<br><br>Bear, DE 19701<br><br>**REDACTED** | SOUTHERN DISTRICT OF NEW YORK | Southern |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Lewis A. Kaplan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: March 13, 2003 | FROM November 14, 2005 — TO October 13, 2007 |

OFFENSE

Conspiracy to Steal Government Property 18 U.S.C. 371 and Theft of Government Property 18 U.S.C. 641 and 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/29/06_     _[signature]_
Date          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____     _____
Effective Date      United States District Judge

FILED
APR 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE