| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 02-CR-916 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) CR06-42 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: LOCKETT, Warren [REDACTED] | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Southern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Lewis A. Kaplan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: March 13, 2003 | FROM November 14, 2005 — TO October 13, 2007 |

**OFFENSE**

Conspiracy to Steal Government Property 18 U.S.C. 371 and Theft of Government Property 18 U.S.C. 641 and 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/29/06_  Date          _[signature]_  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5/5/06_  Effective Date          _[signature]_  United States District Judge

2006 MAY -5 AM 11:30
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE