PROB 12
(Rev 02/94)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Criminal Action No. 1:06CR00042 - KAJ** |
| **WARREN LOCKETT,** | ) | |
| **Defendant.** | ) | |

**Petition on Probation and Supervised Release**

COMES NOW Frank J. Kurzeknabe Probation Officer of the Court presenting an official report upon the conduct and attitude of Warren Lockett , who was placed on supervision by the Honorable The Honorable Lewis A. Kaplan, sitting in the court at New York, New York on the 14th day of November , 2005 , who fixed the period of supervision at Twenty Three Months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program of mental health treatment approved by the probation officer. The defendant shall abide by all rules, requirements, and conditions of such program(s), and shall take any prescribed medications. The defendant shall waive his right of confidentiality in any records relating to mental health assessment and treatment imposed as a consequence of this judgment to allow the probation officer to review his course of treatment and progress with treatment provider. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on his ability to pay or the availability of third party payment. The defendant shall make restitution in the amount of $18,976.00 in monthly installments commencing on the first day of the second month following his release from the term of imprisonment imposed hereby. Each monthly installment shall be equal to 10 percent of his income from all sources for the preceding month.
Pay $200.00 special assessment immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**PRAYING THAT THE COURT WILL ORDER ... The following special condition be imposed:** "That the defendant shall participate in a drug counseling and random testing program as directed by the probation officer."

**ORDER OF COURT**

So ordered this 5th day of May 2006.

United States District Judge

I declare under penalty of perjury the foregoing is true and correct,

Probation Officer

Place Wilmington, Delaware

Date May 1, 2006