UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br> )   CASE NO. **CR 06-42-SLR**<br>vs. )<br> )<br>**WARREN LOCKETT** )<br> )<br>Defendant. ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **29TH** day of **MARCH , 2007**, ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

 Honorable Mary Pat Thynge
 U.S. Magistrate Judge

cc: Federal Public Defender
   First Federal Plaza, Suite# 110
   704 King Street
   Wilmington, DE  19801
   (302) 573-6010

   Defendant
   United States Attorney