IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-042-SLR |
| WARREN LOCKETT, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 2nd day of April, 2007,

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Thursday, April 19, 2007 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge