AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

REDACTED

DISTRICT OF _____**DELAWARE**_____

| UNITED STATES OF AMERICA<br>V.<br><br>WARREN LOCKETT<br><br>Bear, DE<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   06-42-SLR |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801**<br>Before:   Honorable Mary Pat Thynge, United States Magistrate Judge | Room<br>**Courtroom #6C, 6th Floor** |
|---|---|
| | Date and Time<br>3/29/07 at 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   x ~~Probation~~ Supervised Release Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF SUPERVISED RELEASE CONDITIONS


by: *Francesca Passore, Deputy Clerk*  March 22, 2007       at Wilmington, DE
Signature of Issuing Officer                                    Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _Cert Mail 3/27/07_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   _4-2-07_
         Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

CR 06-42

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Oretha Lee_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/27/07<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Warren Lockett<br>▬▬▬▬▬▬▬<br>Bear, DE ▬▬▬ | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. 7004 1160 0006 7939 8869 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage)

7004 1160 0006 7939 8869

Warren Lockett
Bear, DE

PS Form 3800, June 2002   See Reverse for Instructions