AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| WARREN LOCKETT | |

Case Number: 1:06-CR-042-001-SLR

USM Number: 53690-054

Christopher Koyste, Esquire
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) (standard) #3, 5, 7 and a special condition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 03/06/2007 |
| Standard Condition #5 | The defendant shall work regularly at a lawful occupation, unless excused by the probation office for schooling, training, or other acceptable reasons. | 01/24/2007 |
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. | 01/18/2007 |
| Special Condition | The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer. | 02/02/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: 3288

Defendant's Date of Birth: 1966

Defendant's Residence Address:
Bear DE

Defendant's Mailing Address:
same as above

April 19, 2007
Date of Imposition of Judgment

_Signature of Judge_

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

4/24/07
Date

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245D (Rev 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

DEFENDANT: WARREN LOCKETT
CASE NUMBER: 1:06-CR-042-001-SLR

Judgment Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

six (6) months and the current term of supervised release is hereby revoked. No term of supervised release to follow imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered 5/24/07 to RBK

a _____ with a certified copy of this judgment.

CERTIFIED: 4-24-07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY: _____
Deputy Clerk

UNITED STATES MARSHAL
By _____
DEPUTY UNITED STATES MARSHAL